UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ALAN PIERCE,<br><br>　　　　Defendant. | No. 2:04-cr-00153 WBS<br><br><br>ORDER |

----oo0oo----

The hearing on the request of the U.S. Probation Officer to modify defendant's conditions of supervision (see Docket No. 21) is hereby RESET for July 26, 2021 at 9:00 a.m. in Courtroom 5. The defendant shall file a brief responding to the Probation Officer's request by July 15, 2021. The government shall file a brief responding to the request and the defendant's brief by July 20, 2021.

　　　　IT IS SO ORDERED.

Dated: July 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1